# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR96 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JAVONNA HOWARD, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's unopposed motion for a continuance for both parties to September 10, 2008, to file simultaneous briefs or a stipulation regarding the Defendant's motion for a sentence reduction as a result of the crack cocaine amendments to the guidelines (Filing No. 32). The government asks for the additional time so that it has time after receipt of the worksheet from the Probation Office to state its position.

IT IS ORDERED:

1. The Defendant's motion to continue (Filing No. 32) is granted;

2. The required briefs or stipulation described in the Court's previous order dated June 10, 2008, must be filed by the parties on or before September 10, 2008;

3. This order does not extend the deadline of August 11, 2008, for the U.S. Probation Office to submit its worksheet; and

4. The Clerk is directed to send a copy of this order to the probation office.

DATED this 11th day of August, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge